# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES-GENERAL

Case No. ED CV **19-907-RGK (PLA)**　　　　　　　　　　　Date **August 22, 2019**

Title: **Andre Patterson vs. G. Cortez, et al.**

---

PRESENT: THE HONORABLE **PAUL L. ABRAMS**　　　　☐ U.S. DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　☒ MAGISTRATE JUDGE

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:　　　　ATTORNEYS PRESENT FOR DEFENDANTS:
　　　　　　NONE　　　　　　　　　　　　　　　　　　　　　NONE

**PROCEEDINGS:**　　　**(IN CHAMBERS)**

Pursuant to this Court's Order of July 2, 2019, plaintiff was ordered to pay an initial partial filing fee of $5.00 within thirty (30) days of the date of the order (i.e., by August 1, 2019). The $5.00 partial filing fee has not been received by the Court. Accordingly, **no later than September 19, 2019, plaintiff is ordered to show cause** why this case should not be dismissed for failure to pay the required fee. Receipt of the partial $5.00 filing fee by the Court on or before **September 19, 2019**, shall be deemed compliance with this Order to Show Cause.

cc:　　Andre Patterson, Pro Se

　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk　　ch

---

CV-90 (10/98)　　　　　　　　　　　CIVIL MINUTES - GENERAL