**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| ANDRE PATTERSON,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>G. CORTEZ, et al.,<br><br>　　　　　　　Defendants. | No. ED CV 19-907-RGK (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

　　　　ACCORDINGLY, IT IS ORDERED:

　　　　1.　　The Report and Recommendation is approved and accepted.

　　　　2.　　Judgment shall be entered consistent with this Order.

　　　　3.　　The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: November 13, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE