JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| ANDRE PATTERSON, | ) | No. ED CV 19-907-RGK (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| G. CORTEZ, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that this action is dismissed with prejudice for failure to prosecute and to follow court orders.

DATED: November 13, 2019

/s/ Gary Klausner
_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE